IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

EMPLOYERS MUTUAL CASUALTY COMPANY                                              PLAINTIFF

VS.                                                                               CIVIL ACTION NO. 1:16cv4-SA-DAS

BRYTNI WEST; et a                                                             DEFENDANTS

JUDGMENT OF DISMISSAL WITH PREJUDICE

UPON Motion of VIP-Vice (Doc. 111) for a dismissal of all claims by EMC against VIP-Vice with prejudice and the Court, being advised that the Plaintiff, Employers Mutual Casualty, has no objection to the Motion, finds that said motion is well taken and should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED, that any and all claims by Employers Mutual Casualty brought, or which could have been brought, against VIP-Vice Investment Properties, LTD, in the above-referenced matter, shall be and are hereby dismissed <u>with prejudice</u> with each party to bear its own costs.

SO ORDERED AND ADJUDGED this the 31 day of January, 2017.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE