IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

EMPLOYERS MUTUAL
CASUALTY COMPANY                                                                                    PLAINTIFF

V.                                                           CIVIL ACTION NO. 1:16cv00004-SA-DAS

BRYTNI WEST; et al.                                                                              DEFENDANTS

AGREED ORDER OF DISMISSAL

Per stipulation and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff's claims against the following defendants are hereby dismissed with prejudice: Ashley Canida, Michael Smith, Emily Dallas, Jeremy Blanton, Jeremy Phelps, Jesse Black, Mason McBrayer, Nicholas Wilson, Teche Beaugez, and Highlands Management, LLC.

EMC's remaining claims are left unaffected and remain upon the Court's docket as against Defendants Brytni West, Dustin Carley, Acton Construction Co., Inc., Chin Bull Properties, LLC, and Continental Western Insurance Company as subrogee of Chin Bull Properties, LLC.

It is SO ORDERED this the 17th day of May, 2017.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE