IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

EMPLOYERS MUTUAL
CASUALTY COMPANY                                                                    PLAINTIFF

V.                                                           CIVIL ACTION NO. 1:16cv00004-SA-DAS

BRYTNI WEST; et al.                                                                 DEFENDANTS

AGREED ORDER OF DISMISSAL

Per stipulation and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff's claims against the following defendants are hereby dismissed with prejudice: Chin Bull Properties, LLC and Continental Western Insurance Company as subrogee of Chin Bull Properties, LLC.

The Court retains jurisdiction over the parties to the extent necessary for enforcement of the settlement agreement reached among the parties.

It is SO ORDERED this the 12th day of July, 2017.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE