IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

EMPLOYERS MUTUAL CASUALTY COMPANY					PLAINTIFF

V.								CIVIL ACTION NO.: 1:16CV4-SA-DAS

BRYTNI WEST, et al.							DEFENDANTS

ORDER

Pursuant to the Memorandum Opinion issued this day, Employers Mutual Casualty Company's Motions for Summary Judgment [120, 124] are GRANTED. CASE CLOSED.

It is SO ORDERED this the 21st day of July, 2017.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE